# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ROYNECO HARRIS, | § |
| | § |
| v. | § CIVIL ACTION NO. 3:22-CV-2495-S-BT |
| | § |
| DIRECTOR, TDCJ-CID | § |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 12, 2022, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. And the extent to which a certificate of appealability (COA) is necessary, it is **DENIED.**

**SO ORDERED.**

SIGNED February 28, 2023.

_____
UNITED STATES DISTRICT JUDGE